# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH NICOLE MARSHALL, | : Civil No. 1:25-CV-480 |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : (Chief Magistrate Judge Bloom) |
| FRANK BISIGNANO, | : |
| Commissioner of Social Security, | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, this 23rd day of February 2026, in accordance with the accompanying Memorandum Opinion, the final decision of the Commissioner is AFFIRMED.  The Clerk of Court is directed to close this case.

_s/ Daryl F. Bloom_
Daryl F. Bloom
Chief United States Magistrate Judge